435 A.2d 246

Commonwealth v. Paxton, Appellant.

Submitted November 14, 1980. Bruce A. Carsia, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.